■ JOSEPH J. WILSON et al., Respondents-Appellants, v INTERNATIONAL HARVESTER COMPANY, INC., Appellant, SAULSBURY FIRE EQUIPMENT COMPANY, INC., Appellant and Third-Party Plaintiff-Appellant, GLEN AND DAVE'S AUTOMOTIVE, INC., Respondent and Third-Party Plaintiff-Respondent, et al., Defendant. VILLAGE OF CLEVELAND VOLUNTEER FIRE DEPARTMENT, Third-Party Defendant-Appellant.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeals from order of Supreme Court, Oswego County, Hurlbutt, J.—summary judgment.) Present—Boomer, J. P., Green, Pine, Balio and Davis, JJ.